1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and LABORERS' DISTRICT COUNCIL AND CONTRACTORS PENSION FUND OF OHIO, derivatively on behalf of WELLS FARGO & COMPANY,<br>Plaintiffs,<br>vs.<br><br>JOHN G. STUMPF, JOHN D. BAKER II, JOHN S. CHEN, LLOYD H. DEAN, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, RICHARD D. McCORMICK, MACKEY J. McDONALD, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, STEPHEN W. SANGER, SUSAN G. SWENSON, MICHAEL J. LOUGHLIN, TIMOTHY J. SLOAN, JIM STROTHER,<br>MERSCORP, INC., a Delaware corporation, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation,<br>Defendants,<br>– and –<br>WELLS FARGO & COMPANY, a Delaware corporation,<br>Nominal Defendant.<br>_____ | Case No.: 11-CV-3069-SI<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL OF THE *OAKLAND COUNTY/OHIO LABORERS*' ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Hearing Date:   N/A<br>Time:           N/A<br>Courtroom:      Hon. Susan Illston<br><br>Complaint Filed: June 21, 2011 |

[Proposed] Order Granting Request for Voluntary Dismissal

Based on Plaintiffs' Request for voluntary dismissal, and good cause appearing therefore, IT IS HEREBY ORDERED that the *Oakland County/Ohio Laborers*' Action only is dismissed without prejudice and without need to provide notice of such dismissal to Wells Fargo shareholders.

DATED this __26th__ day of __August__, 2011    _____/s/ Susan Illston_____

                                                        THE HONORABLE SUSAN ILLSTON
                                                        UNITED STATES DISTRICT JUDGE

Submitted by:

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)

_____/s/_____
        STEPHEN R. BASSER

600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  619/230-0800
619/230-1874 (fax)

BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY A. BARRACK
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  215/963-0600
215/963-0838 (fax)

Counsel for Plaintiffs *OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM AND LABORERS' DISTRICT COUNCIL AND CONTRACTORS PENSION FUND OF OHIO*

and

BRANSTETTER, STRANCH
 & JENNINGS, PLLC
J. Gerard Stranch
James G. Stranch, III
227 Second Avenue North, Fourth Floor

1 - [Proposed] Order Granting Request for Voluntary Dismissal

1  Nashville, Tennessee 37201-1631
   615/254-8801

2

3  Counsel for Plaintiffs *LABORERS'
   DISTRICT COUNCIL AND
4  CONTRACTORS PENSION FUND
   OF OHIO*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28